# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>BIO-ENGINEERED SUPPLEMENTS AND NUTRITION, INC., ABB PERFORMANCE, LLC, and OPTIMUM NUTRITION, INC.,<br><br>            Defendants. | CASE NO. 13-cv-908 JLS (MDD)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>(ECF No. 23) |

Presently before the Court is the parties' Joint Motion for Dismissal of All Claims and Counterclaims Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 23.) Good cause appearing, the Court **GRANTS** the Motion. All claims asserted by Plaintiff against Defendants and all counterclaims asserted by Defendants against Plaintiff are hereby **DISMISSED WITH PREJUDICE**. As agreed by the parties, each will bear its own fees and costs. The Clerk of the Court shall close the file.

**IT IS SO ORDERED**.

DATED: February 9, 2015

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge